THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 James
 Cabbagestalk a/k/a Shaheen R. Cabbagestalk, Appellant.
 
 
 
 
 

Appeal From Dillon County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2009-UP-528
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of
 Cheraw, for Respondent.
 
 
 

PER CURIAM: James Cabbagestalk, also known as Shaheen
 Ramel Cabbagestalk, appeals his guilty plea and sentence for armed robbery,
 arguing the plea court erred in amending his indictment.[1]  After a thorough review of the record, counsel's brief,
 and Cabbagestalk's pro se brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[2]
APPEAL DISMISSED.  
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1]  Cabbagestalk filed a motion to seal the supplemental
 record which included unredacted sensitive information.  The State consented to
 the motion.  After careful consideration, the motion to seal is granted.  
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.